

**BY ECF**

May 9, 2024

Honorable John P. Cronan
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

**Richard A. Jacobsen**

E  Rjacobsen@orrick.com
D  +1 212 506 3743
F  +1 212 506 5151

Re:    *Dunning et al. v. Supergoop LLC*, Case No. 1:23-cv-11242-JPC

Dear Judge Cronan:

On behalf of Defendant Supergoop LLC ("Supergoop!"), I write pursuant to Rule 6(c) of Your Honor's Individual Rules and Practices in Civil Cases to request that oral argument be held with respect to Supergoop!'s motion to dismiss on the matters of law set forth therein.

Supergoop! thanks the Court for its attention to this matter.

Respectfully submitted,

*/s/ Richard A. Jacobsen*

Richard A. Jacobsen

Copy (by ECF) to:

All counsel of record