UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARCEANN DUNNING, *individually and on behalf of*  :
*all others similarly situated*, et al.,           :
:
                        Plaintiffs,  :        23 Civ. 11242 (JPC)
:
       -v-  :        ORDER
:
SUPERGOOP, LLC,                                    :
:
                        Defendant.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 6, 2025, the Court granted Defendant's motion to dismiss the Amended Complaint but granted *sua sponte* leave for Plaintiffs to file a Second Amended Complaint. *See* Dkt. 31. Plaintiffs have now filed a Second Amended Complaint. *See* Dkt. 36. If Defendant intends to move to dismiss the Second Amended Complaint, Defendant shall file a pre-motion letter in accordance with the Court's Individual Civil Rule 6.A by January 31, 2025. The stay on discovery in this matter is extended to January 31, 2025, and shall continue through the resolution of any renewed motion to dismiss for the reasons set forth in the Court's May 22, 2024 Order, Dkt. 26, or until further order of the Court. If Defendant does not intend to move to dismiss the Second Amended Complaint, Defendant shall file its answer by February 11, 2025.

      SO ORDERED.

Dated: January 23, 2025
       New York, New York
                                                               JOHN P. CRONAN
                                                               United States District Judge