**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARCEANN DUNNING, AMBER LATIF, and
JANET BEAUDOIN, individually and on behalf of
all others similarly situated,

Plaintiffs,

-against-                                                          23 **CIVIL** 11242 (JPC)

**JUDGMENT**

SUPERGOOP, LLC,

Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 24, 2026, the Court grants Supergoop's

motion and dismisses the Second Amended Complaint without prejudice for lack of subject

matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

February 26, 2026

TAMMI M. HELLWIG
_____
Clerk of Court

BY: _____
Deputy Clerk
